PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JENNIFER LA PUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00348 HG |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION FOR |
| | ) PERMISSION TO TRAVEL TO |
| vs. | ) THE PHILIPPINES; EXHIBIT A; |
| | ) CERTIFICATE OF SERVICE |
| JENNIFER LA PUTT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR
PERMISSION TO TRAVEL TO THE PHILIPPINES**

COMES NOW the defendant, Jennifer La Putt,  by and through

counsel, DONNA M. GRAY, Assistant Federal Defender, and moves this

Honorable Court for permission to travel to the Philippines.

In support of this Motion, defendant Jennifer La Putt, states as follows:

(1) On April 8, 2004, this Honorable Court sentenced Ms. La Putt, to a total term of thirty months of imprisonment, followed by a five-year term of supervised release.

(2) Ms. La Putt was released from the Bureau of Prisons on September 2, 2005, and then began her term of supervised release. She is currently under the supervision of United States Probation Officer, Michelle Michaelis, in Las Vegas, Nevada.

(3) Ms. La Putt was informed by her Probation Officer that she could not travel outside of the United States without the express permission of the Court. Therefore, Ms. La Putt respectfully requests that she be allowed to travel to the Philippines to attend her brother's wedding in Manila on August 22, 2006. It is also planned that Ms. La Putt will be part of the bridal party for her brother, Alfeo La Putt.

(4) On her flight from the United States to Manila, she will be accompanied and supervised by her father, Juny La Putt. Her father will also be providing all financial means for this trip.

(5) Ms. La Putt will be staying in Manila for eleven days and will be supervised by her parents and her brother during her stay. Thereafter, she will

be returning to the United States on August 26, 2006, accompanied by her brother, Alfeo La Putt and his new bride.

(6) Ms. La Putt has provided this office with a letter from her brother detailing the plans for the wedding and the family travel arrangements. That letter is attached hereto as Exhibit A.

(7) Ms. La Putt would be able to remain in telephone contact with her Probation Officer in Las Vegas during her stay in Manila.

For all of the reasons set forth above, this Honorable Court is respectfully requested that this Court grant Ms. La Putt permission to travel to the Philippines for the purpose of attending her brother's wedding.

DATED: Honolulu, Hawaii, April 13, 2006.

　　　　　　　　　　　　　　　　 /s/ Donna M. Gray
　　　　　　　　　　　　　　　　DONNA M. GRAY
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　JENNIFER LA PUTT

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    LAWRENCE L. TONG    (Served Electronically through CM/ECF)
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii   96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA


    ALYSA MAKAHANALOA    (via hand-delivery)
    Senior U.S. Probation Officer
    U.S. Courthouse
    300 Ala Moana Boulevard, Room C-126
    Honolulu, Hawaii   96813

DATED: Honolulu, Hawaii, April 13, 2006.

                      /s/ DONNA M. GRAY
                      DONNA M. GRAY
                      Attorney for Defendant
                      JENNIFER LA PUTT