# EXHIBIT A

(Letter from Alfeo T. La Putt)

Dear Donna Gray,

I am writing this letter to request your good office to allow my sister Jennifer La Putt to attend my wedding in the Philippines this coming August.

I ask this so I can give continued supervision during my absence from the US, since I am her legal guardian. At the same time, Jennifer is also slated to be one of our bridesmaids in the wedding.

My church wedding will be held at the Manila Cathedral in Intramuros, Manila on Tuesday the 22nd of August. It will be attended by all the members of our immediate family coming from Hawaii, California, New Jersey, as well as various provinces in the Philippines.

While I am scheduled to leave the US for the Philippines by the end of July, Jennifer will be accompanied by my father Juny La Putt in Las Vegas NV for a week.

Both Jennifer and my father will be leaving together for the Philippines on August 15. Jennifer will be staying in Manila for 11 days after which, she and I, along with my wife, will be flying back to the US together on August 26. Juny La Putt, our father, will be paying for Jennifer's entire trip, including airfare and accommodations throughout the whole trip.

Mindful of the fact that Jennifer has certain restrictions instituted by your court, I assure you that she will be under my constant personal supervision, as well as that of our parents, during her entire stay in the Philippines.

Per your request you wanted to know Jennifer's current restitution plan. She has informed me that she is paying $100 per month for her restitution.

I hope your good office will grant my request so Jennifer can attend this important celebration as well as join the family on this rare occasion to be together. I appreciate your kind consideration on this matter.

Sincerely,

*[signature: Alfeo T. La Putt]*

Alfeo T. La Putt
Las Vegas, NV
Phone (702) 650-9974
Cell (702) 376-4464