PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    fpdhi@hotmail.com

Attorney for Defendant
JENNIFER LA PUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00348 HG |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL EXHIBIT TO |
| | ) | DEFENDANT'S MOTION FOR |
| vs. | ) | PERMISSION TO TRAVEL TO |
| | ) | THE PHILIPPINES FILED APRIL |
| JENNIFER LA PUTT, | ) | 13, 2006; EXHIBIT B; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

**SUPPLEMENTAL EXHIBIT TO DEFENDANT'S
MOTION FOR PERMISSION TO TRAVEL
TO THE PHILIPPINES FILED APRIL 13, 2006**

COMES NOW the defendant, Jennifer La Putt,  by and through

counsel, Donna M. Gray, Assistant Federal Defender, and hereby supplements her

Motion for Permission to Travel to the Philippines filed April 13, 2006, with a letter from her parents, Juny and Herminia La Putt, attached hereto as Exhibit B. In this letter, Mr. & Mrs. La Putt have requested a return date on or about August 31, 2006.

       DATED:  Honolulu, Hawaii, April 25, 2006.

                                  /s/ Donna M. Gray
                                DONNA M. GRAY
                                Attorney for Defendant
                                JENNIFER LA PUTT

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    LAWRENCE L. TONG    (Served Electronically through CM/ECF)
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii   96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    ALYSA MAKAHANALOA    (via hand-delivery)
    Senior U.S. Probation Officer
    U.S. Courthouse
    300 Ala Moana Boulevard, Room C-126
    Honolulu, Hawaii   96813

    MICHELLE MICHAELIS    (via facsimile)
    U. S. Probation Officer
    Las Vegas, Nevada

DATED: Honolulu, Hawaii, April 26, 2006.

                                        /s/ Donna M. Gray
                                        DONNA M. GRAY
                                        Attorney for Defendant
                                        JENNIFER LA PUTT