# EXHIBIT B

(Letter from Juny P. La Putt and Herminia T. La Putt)

April 18, 2006
1702 Kewalo Street, #107
Honolulu, Hawaii 96822

**Ms. Donna Gray**
300 Ala Moana Boulevard
Fedral Building, Suite 7104
Honolulu, Hawaii 96850-5269

Dear **Ms. Gray**,

Through your kind office we would like to request that permission be given to our daughter, **Jennifer T. La Putt**, to travel with my family to Manila, Philippines to attend the wedding of our son Alfeo T. La Putt who is the older brother of Jennifer. The church wedding will be held at the Manila Catholic Cathedral on August 22, 2006. Aside from my wife and I, all our other four children and their respective families, who live in different parts of the United States, will also be going to Manila for this wedding.

The members of my family intend to leave one week before the scheduled date of the wedding and return to the United States nine days after the wedding. The tentative date of our departure will be on or about August 15, 2006 with return on or about August 31, 2006 or a total of sixteen (16) days. This length of time will also allow my family to visit my parents, brothers, sisters, relatives, in-laws, and close family friends during our stay in the Philippines.

Jennifer will be under our direct care and responsibility during our entire stay in the Philippines. And we will see to it that she will return to Las Vegas on the scheduled date. Our contact address in the Philippines will be at the home of my sister, Norma T. La Putt which is located at:

3-B Gen. Delgado Street
San Antonio Village
Pasig City, Philippines 1600
Tel. (632) 910-0067

While in the Philippines, I could also be reach directly through my cellphone at: (808) 330-4240 or by email at: junylaputt@yahoo.com.

We are hoping for your kind attention and consideration of this request. Mahalo and a warm aloha.

**Juny P. La Putt**, Ms, Pe
(Jennifer's Father)

**Herminia T. La Putt**, Rn
(Jennifer's Mother)