EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00348 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MEMORANDUM IN |
| | ) | OPPOSITION TO DEFENDANT'S |
| vs. | ) | REQUEST FOR FOREIGN TRAVEL; |
| | ) | CERTIFICATE OF SERVICE |
| JENNIFER LA PUTT, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

GOVERNMENT'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S REQUEST FOR FOREIGN TRAVEL

The United States opposes defendant Jennifer LaPutt's request for permission to travel to the Philippines.  Defendant engaged in a widespread fraud which resulted in an award of restitution to various victims.  The government understands that defendant has failed to meet her restitution obligations.  The government is advised that the United States Probation Office will provide this court with details concerning the matter.  As

defendant appears not to be in full compliance with her terms of supervision, the government objects to her request for permission for foreign travel.

        DATED:    May 11, 2006, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

                                By /s/ Lawrence L. Tong
                                    LAWRENCE L. TONG
                                    Assistant U. S. Attorney

United States v. La Putt, et al.
Cr. No. 03-00348 HG
"Government's Memorandum in Opposition
To Defendant's Request for Foreign Travel"

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

    Served by hand delivery

| | |
|---|---|
| Donna M. Gray<br>Assistant Federal Defender<br>300 Ala Moana Blvd. Suite 7-104<br>Honolulu, HI 96850-5269<br><br>Attorney for Defendant<br>JENNIFER LA PUTT | May 12, 2006 |
| Alysa L. Makahanaloa<br>U.S. Probation Office<br>300 Ala Moana Blvd., Room 2215<br>Honolulu, HI 96850-0001<br>123 Bishop Street<br>Honolulu, HI 96813 | May 12, 2006 |

    DATED: May 12, 2006, at Honolulu, Hawaii.

                                                   /s/ Janice Tsumoto