# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 30, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIM. No. 03-00348 HG

CASE NAME:        United States v. Jennifer La Putt

ATTYS FOR PLA:    Lawrence L. Tong, Assistant U.S. Attorney

ATTYS FOR DEFT:   Donna M. Gray, Assistant Federal Public Defender


JUDGE:   Helen Gillmor          REPORTER:

DATE:    May 30, 2006           TIME:


COURT ACTION:           **MINUTE ORDER**

DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO THE PHILLIPPINES (Doc. No. 74) is **HEREBY DENIED** due to Defendant's failures relating to her restitution obligations.



Submitted by: David H. Hisashima, Courtroom Manager


cc:  above counsel
     Judge Helen Gillmor's chambers