EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax:       (808) 541-2958
Email:     Larry.Tong@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00348 HG |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION FOR RELEASE OF |
| | ) | SEIZED MONIES; DECLARATION OF |
| vs. | ) | ERLINDA LOWRY; EXHIBIT "A" |
| | ) | |
| JENNIFER LA PUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

EX PARTE MOTION FOR RELEASE OF SEIZED MONIES

COMES NOW Plaintiff United States of America, by and through its undersigned counsel, and hereby moves the Court, ex parte, for an Order to release the sum of $495.00 in United States currency that was seized and is being held by the Secret Service Agency to the Clerk, U.S. District Court, to apply toward the Defendant's restitution debt.

In support of this motion, Plaintiff has attached the Declaration of Erlinda Lowry and Exhibit "A".

DATED:        June 29, 2006        , at Honolulu, Hawaii.

>
> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By /s/ Lawrence L. Tong
>    LAWRENCE L. TONG
>    Assistant U.S. Attorney
>    Attorneys for the Plaintiff

United States v. La Putt, et al.
Cr. No. 03-00348 HG
"Ex Parte Motion for Release of Seized Monies"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00348 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ERLINDA |
| | ) | LOWRY |
| vs. | ) | |
| | ) | |
| JENNIFER LA PUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF ERLINDA LOWRY

I, ERLINDA LOWRY, declare that:

1. I am a Financial Litigation Agent in the United States Attorney's office, District of Hawaii.

2. Judgment was entered against the Defendant Jennifer La Putt on April 16, 2004 in the United States District Court, District of Hawaii. As part of the Judgment, the Court ordered Jennifer La Putt to pay a special assessment of $300.00 and restitution of $44,652.98.

3. As of May 30, 2006, there is a restitution balance of $44,400.05 due and owing against Defendant JENNIFER LA PUTT.

4. I am informed and believe that the Secret Service Agency has in its possession $495.00 in United States currency seized from the Defendant.

5. Defendant JENNIFER LA PUTT agreed to assign the seized monies of $495.00 to the United States of America to help reduce her restitution debt as evidenced by the Assignment attached hereto and incorporated herein as Exhibit "A".

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: <u>     June 29, 2006     </u>, Honolulu, Hawaii.

<u>/s/ Erlinda Lowry                </u>
ERLINDA LOWRY