IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00348 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ERLINDA |
| | ) | LOWRY |
| vs. | ) | |
| | ) | |
| JENNIFER LA PUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF ERLINDA LOWRY

I, ERLINDA LOWRY, declare that:

1. I am a Financial Litigation Agent in the United States Attorney's office, District of Hawaii.

2. Judgment was entered against the Defendant Jennifer La Putt on April 16, 2004 in the United States District Court, District of Hawaii. As part of the Judgment, the Court ordered Jennifer La Putt to pay a special assessment of $300.00 and restitution of $44,652.98.

3. As of May 30, 2006, there is a restitution balance of $44,400.05 due and owing against Defendant JENNIFER LA PUTT.

4. I am informed and believe that the Secret Service Agency has in its possession $495.00 in United States currency seized from the Defendant.

5. Defendant JENNIFER LA PUTT agreed to assign the seized monies of $495.00 to the United States of America to help reduce her restitution debt as evidenced by the Assignment

attached hereto and incorporated herein as Exhibit "A".

      5.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

      Executed: <u>    June 29, 2006    </u>, Honolulu, Hawaii.

                                  <u>/s/ Erlinda Lowry</u>
                                  ERLINDA LOWRY