ASSIGNMENT

I, JENNIFER LA PUTT, hereby assign to the United States the sum of $495.00 (cash) which represents monies the United States seized from my personal possessions.  I understand that the United States will use this sum of money to reduce the restitution debt of $44,652.98 assessed against me by the District Court for the District of Hawaii in the case of United States v. Jennifer La Putt, Cr. No. 03-00348-001.

Dated: _7th JUNE_____, 2006

_____
JENNIFER LA PUTT

WITNESS:

_USPO Michelle Michaelis_____
USPO MICHELLE MICHAELIS

EXHIBIT "A"