IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00348 HG-01 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER LA PUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>ORDER</u>

Upon full consideration of Plaintiff's Ex Parte Motion For Release Of Seized Monies, and being otherwise fully advised of the premises hereof,

IT IS ORDERED that Plaintiff's Ex Parte Motion for Release of Seized Monies be granted. The sum of $495.00 in United States currency is released and is to be applied toward the Defendant's restitution debt.

DATED: July 18, 2006, at Honolulu, Hawaii.



　　　　　　　　　　　　　　/s/ Helen Gillmor_____
　　　　　　　　　　　　　　Chief United States District Judge