PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

ORIGINAL

| DOCKET NUMBER *(Tran. Court)* |
|---|
| CR 03-00348HG-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 2:06-cr-00246-JCMGWF |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JENNIFER LA PUTT | District of Hawaii | Honolulu |

| NAME OF SENTENCING JUDGE |
|---|
| Helen Gillmor |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/2/2005 | TO 9/1/2008 |
|---|---|---|

**OFFENSE**

CONSPIRACY TO ENGAGE IN BANK FRAUD, ACCESS DEVICE FRAUD, AND IDENTIFICATION DOCUMENT FRAUD, in violation of 18 U.S.C. § 371

BANK FRAUD, in violation of 18 U.S.C. § 1344

POSSESSION OF COUNTERFEITED SECURITIES, in violation of 18 U.S.C. § 513(a)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at 3 o'clock and 30 min. PM
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Nevada (Las Vegas)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-8-06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nevada (Las Vegas)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2006
Effective Date

James C. Mahan
United States District Judge

SCANNED