# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 21, 2006

Clerk, U.S. District Court
District of Nevada
333 Las Vegas Blvd South, Rm. 1334
Las Vegas, NV  89101

    Re: USA vs. Jennifer La Putt
        USDC HI - CR 03-00348HG-01
        District of Nevada #2:06-cr-00246-JCM-GWF

Dear Sir or Madam Clerk,

    Pursuant to Rule 22 of the Federal Rules of Criminal Procedures, enclosed are the following:

    Certified copy of the Indictment, Superseding Indictment
    Certified copy of the Judgment and Commitment
    Certified copy of the Transfer of Jurisdiction
    Certified copy of the Docket Sheet

    Please acknowledge receipt on the copy of this letter and return.

                Sincerely,
                Sue Beitia, Clerk
                by Deputy Clerk

encl.
cc: U.S. Probation - Honolulu, HI
    U.S. Probation - District of Nevada

_____
Receipt is acknowledged:

Date:_____   By:_____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at __1__ o'clock and __25__ min. P.M
SUE BEITIA, CLERK

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) CR 03-00348HG-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:06-cr-00246-JCM-GWF |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JENNIFER LA PUTT | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/2/2005 — TO 9/1/2008 |

**OFFENSE**

CONSPIRACY TO ENGAGE IN BANK FRAUD, ACCESS DEVICE FRAUD, AND IDENTIFICATION DOCUMENT FRAUD, in violation of 18 U.S.C. § 371

BANK FRAUD, in violation of 18 U.S.C. § 1344

POSSESSION OF COUNTERFEITED SECURITIES, in violation of 18 U.S.C. § 513(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada (Las Vegas) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6·8·06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nevada (Las Vegas)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2006
Effective Date

I hereby attest and certify on 7-17-06
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

James C. Mahan
United States District Judge

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH, Room 1334
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

July 17, 2006

CLERK, U.S. DISTRICT COURT
District of Hawaii
300 Ala Moana Blvd.  Room C338
Honolulu, HI 96850

Re: Transfer of Jurisdiction

    USA vs Jennifer LaPutt

    Your Case # CR 03-00348HG-01

    District of Nevada Case # 2:06-cr-00246-JCM-GWF

Dear Clerk:

    On July 12, 2006, this court accepted transfer of jurisdiction on the above listed defendant. In order to open the case in our court, please send us certified copies of the Indictment/Information, Judgment and docket sheet from your district. Find attached a copy of the Probation 22 form signed by both jurisdictions.

    ** District of Nevada is currently using CM/ECF, and judges now sign documents electronically**

Thank you,

LANCE S. WILSON


By: __/s/__Karen Richardson__
Karen Richardson, Deputy Clerk

Please acknowledge receipt on the enclosed copy of this letter.

Received By: _[signature]_   Date: _8/15/06_