UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 21, 2006

Clerk, U.S. District Court
District of Nevada
333 Las Vegas Blvd South, Rm. 1334
Las Vegas, NV   89101

    Re: USA vs. Jennifer La Putt
        USDC HI - CR 03-00348HG-01
        District of Nevada #2:06-cr-00246-JCM-GWF

Dear Sir or Madam Clerk,

    Pursuant to Rule 22 of the Federal Rules of Criminal Procedures, enclosed are the following:

    Certified copy of the Indictment, Superseding Indictment
    Certified copy of the Judgment and Commitment
    Certified copy of the Transfer of Jurisdiction
    Certified copy of the Docket Sheet

    Please acknowledge receipt on the copy of this letter and return.

                Sincerely,
                Sue Beitia, Clerk
                by Deputy Clerk

encl.
cc: U.S. Probation - Honolulu, HI
    U.S. Probation - District of Nevada

Receipt is acknowledged:

Date:_____    By:_____